AO 245D (Rev. 09/08) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

MISTY AKIN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 6:10CR60004-001
USM Number: 09498-010

Travis Morrissey
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) Failure to Pay Fines and Standard Condition 1, 2 & 3 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Failure to Pay Fines | The offender failed to make monthly payments toward her restitution balance during the months of July, October and November 2013, as well as February, May, July, August and October 2014. | 10/05/2014 |
| Standard Condition No. 2 | The offender falsely reported she made restitution payments on her Monthly Supervision Reports for the months of July & October of 2013, as well as August 2014. | 08/05/2014 |
| Standard Condition No. 2 | The offender submitted reports falsely claiming to have made payments towards her restitution of $155 in February 2014 and $250 in May 2014. | 05/05/2014 |

*Cont'd on page 2*

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 26, 2015
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, Senior United States District Judge
Name and Title of Judge

October 26, 2015
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __5__

DEFENDANT: MISTY AKIN
CASE NUMBER: 6:10CR60004-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition #1 | On or about 05/17/2014, the offender traveled to Gatlinburg, Tennessee without permission of the probation office. | 05/17/2014 |
| Standard Condition #1 | On or about 06/14/2014, the offender traveled to Roanoke, Alabama without permission of the probation office. | 06/14/2014 |
| Standard Condition #3 | The offender failed to report in person to the probation office as directed on 09/04/2014. Akin also failed to t come to the door when officers attempted to contact her at her residence. In addition, Akin did not respond to numerous attempts to contact her by the probation officer. As of 07/08/2014, the offender was considered to have absconded. | 09/04/2014 07/08/2014 |

AO 245D  (Rev. 09/08) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  3  of  5

DEFENDANT: MISTY AKIN
CASE NUMBER: 6:10CR60004-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:  six (6) months

X  The court makes the following recommendations to the Bureau of Prisons:
The offender serve her term of imprisonment at FMC Carswell

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

　☐  at _____ ☐ a.m. ☐ p.m. on _____ .

　☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐  before 2 p.m. on _____ .

　☐  as notified by the United States Marshal.

　☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D　Case 6:10-cr-60004-RTD　Document 44　Filed 10/26/15　Page 4 of 5 PageID #: 139
(Rev. 09/08) Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT: MISTY AKIN
CASE NUMBER: 6:10CR60004-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 0.00* | $ -0- | $ 13,262.16* |
|  | *balance owed on original special assessment of $200 |  | *balance owed on original amount of $14,229.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Spectrum Computing<br>Attention: Eric Van Cleave<br>29 Cresta Way<br>Hot Springs Village, AR 71909 | $14,229.00 | $14,229.00 | 100% |
| **TOTALS** | $ 14,229.00 | $ 14,229.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　X the interest requirement is waived for the　☐ fine　X restitution.

　☐ the interest requirement for the　☐ fine　☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MISTY AKIN
CASE NUMBER: 6:10CR60004-001

Judgment — Page 5 of 5

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ ___13,262.16___ due immediately, balance due

    ☐ not later than _____ , or
    X  in accordance with  ☐ C,  ☐ D,  ☐ E, or  X  F below); or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  X  Special instructions regarding the payment of criminal monetary penalties:

    If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25.00 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.